83 F.3d 298w
 1996-1 Trade Cases P 71,391, 96 Cal. Daily
Op. Serv. 3195,
96 Daily Journal D.A.R. 5273
A-1 AMBULANCE SERVICE, INC., a California corporation,
Plaintiff-Appellee,
v.
COUNTY OF MONTEREY; Defendant-Appellant.
A-1 AMBULANCE SERVICE, INC., a California corporation,
Plaintiff-Appellant,
v.
COUNTY OF MONTEREY; City of Salinas, Defendants-Appellees,
and
The Monterey County Emergency Medical Service Agency;
Robert Melton, M.D.; Kim Donnelly; Albert
Maldonado; Peninsula Paramedics, a
California Corporation; Brian
Sinnott, Defendants.
 Nos. 94-16704, 94-16817.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Jan. 10, 1996.
Decided May 7, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION